UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br><br>**Mack Industries, Ltd.,** *et al.,*<br><br>Debtors.[1] | Chapter 7<br><br>Bankruptcy No. 17-09308<br>(Jointly Administered)<br><br>Honorable Carol A. Doyle |
| **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries Ltd.,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>**Superior Stairs Inc.,**<br><br>Defendant-Appellee. | Bankruptcy Adversary No. 19-00517<br><br>District Court No. 21-cv-03113<br><br>Honorable Steven C. Seeger |

## STIPULATION OF DISMISSAL

Plaintiff-appellant Ronald R. Peterson, as chapter 7 trustee for Mack Industries Ltd., and defendant-appellee Superior Stairs Inc., hereby stipulate pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, to the voluntary dismissal of the captioned appeal, with each side to bear its own costs.

*with prejudice*

---

[1] The debtors, with their respective bankruptcy case numbers, are as follows: Mack Industries, Ltd. (17-09308); Oak Park Avenue Realty, Ltd. (17-16651); Mack Industries II, LLC (17-16859); Mack Industries III, LLC (17-17106); Mack Industries IV, LLC (17-17109); Mack Industries V, LLC (18-03445); and Mack Industries VI, LLC (18-03451).

{00206094}

Dated: September 9, 2021

Respectfully submitted,

**Ronald R. Peterson**, as chapter 7 trustee for Mack Industries Ltd.

By: /s/ Jeffrey K. Paulsen
One of His Attorneys

Superior Stairs Inc.

By: _____
One of Its Attorneys

Prepared by:
Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-0969
Fax:   (847) 574-8233
Email: jpaulsen@wfactorlaw.com